AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

RONALD M. COIA, et al.

V.

STRONGHOLD MASONRY, INC.

SUMMONS IN A CIVIL CASE

CA 07 195 ML

CASE NUMBER:

TO: (Name and address of Defendant)

Stronghold Masonry, Inc.
Michael C. Mase, President
72 Nicholas Road
Framingham, MA 01701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert P. Brooks (#3721)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5-25-07

(By) DEPUTY CLERK

JUNE 26, 2007

# RETURN OF SERVICE

*I this day SERVED the within named* MICHAEL C. MASE, PRESIDENT OF STRONGHOLD MASONRY

*BY* COMPANY AND INDIVIDUAL NOT KNOWN AT BOTH ADDRESSES PROVIDED, PLEASE ADVISE.

*No.* 72 NICHOLS ROAD/801 WATER STEET, SUITE 203
*in the* FRAMINGHAM *District of said* MIDDLESEX *County an attested copy of the SUMMONS AND COMPLAINT*

*Service and travel* 56

*it being necessary I actually used a motor vehicle in the distance of* 25 *miles in the service of this process*

James L Spaulding
Process Server