UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-195ML |
| STRONGHOLD MASONRY, INC. | : | |

**MOTION FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al., hereby move that the Clerk enter the default of Defendant Stronghold Masonry, Inc. for failure to plead and answer the Complaint in the above-captioned matter. This Motion is supported by the memorandum filed contemporaneously herewith.

LOCAL RULE 55 CERTIFICATION

I hereby certify that notice of the within motion was given to Stronghold Masonry, Inc. through its President, Michael C. Mase, 801 Water Street, Suite 203, Framingham, MA 01701 by both regular mail, postage prepaid, and by certified mail, return receipt requested, prior to the filing of this motion. A copy of the return receipt is attached as Exhibit 1.

I also certify that to the best of my knowledge, the address set forth in the certification is the last known addresses for the President for Stronghold Masonry, Inc.

In addition, the party against whom default is sought, which is a corporation, is not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

Dated: Providence, Rhode Island
September 21, 2007

PLAINTIFFS

RONALD M. COIA, et al.
By their Attorneys,

/s/ Jaime J. LaPorte________________

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

## CERTIFICATION

I, the undersigned, hereby certify that on this 21st day of September, 2007 I sent a true copy of the within Motion For Entry of Default by regular mail, postage prepaid, to the following:

Michael C. Mase
Stronghold Masonry, Inc.
801 Water Street, Suite 203
Framingham, MA 01701

/s/ Jaime J. LaPorte________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-195ML |
| STRONGHOLD MASONRY, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**<u>PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT</u>**

Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al., submit this Memorandum in support of their Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. The Verified Complaint in this matter was filed on May 25, 2007 and served on the Defendant Stronghold Masonry, Inc. on June 26, 2007. A copy of the Summons and Return of Service signed by the Process Server James L. Spaulding is attached hereto as Exhibit 1. To date, no answer has been filed by the Defendant. <u>See</u> Affidavit of Plaintiffs' attorney, Jaime J. LaPorte, attached hereto as Exhibit 2.

Entry of Default by the Clerk is specifically provided for by Rule 55(a) of the Federal Rules of Civil Procedure when a party against whom affirmative relief is sought fails to plead or

otherwise defend, and such failure is made apparent by affidavit. As set forth in the accompanying Affidavit of Jaime J. LaPorte, the Defendant has without excuse or justification failed to answer the Verified Complaint or otherwise defend. Therefore, Plaintiffs request that entry of default against the Defendant be granted.

Dated: Providence, Rhode Island
September 21, 2007

PLAINTIFF
RONALD M. COIA, et al.
By their Attorneys,

/s/ Jaime J. LaPorte
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

## CERTIFICATION

I, the undersigned, hereby certify that on this 21st day of September, 2007 I sent a true copy of the within Memorandum of Law In Support Of Plaintiffs' Motion For Entry Of Default by regular mail postage prepaid to the following:

Michael C. Mase
Stronghold Masonry, Inc.
801 Water Street, Suite 203
Framingham, MA 01701

/s/ Jaime J. LaPorte

*424911_1.doc*