UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers<br>Health Fund; the Rhode Island Laborers'<br>Pension Fund; the New England Laborers'<br>Training Trust Fund; the New England<br>Laborers' Labor Management<br>Cooperation/Trust Fund; the New England<br>Laborers' Health & Safety Fund; the Rhode<br>Island Laborers' Unified Trust Fund; the<br>Rhode Island Laborers' Annuity Fund;<br>the Rhode Island Laborers' Legal Services<br>Fund; the Rhode Island Construction<br>Industry Advancement Fund; and the<br>RHODE ISLAND LABORERS' DISTRICT<br>COUNCIL OF THE LABORERS'<br>INTERNATIONAL UNION OF<br>NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-195ML |
| STRONGHOLD MASONRY, INC. | : | |

**<u>AFFIDAVIT OF JAIME J. LAPORTE</u>**

I, Jaime J. LaPorte, being duly sworn, hereby deposes and says:

1. I am the attorney for Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al. in the above-captioned matter.

tabbies®
EXHIBIT
2

2. To date, I have not received an Answer to the Verified Complaint and Summons served on Defendant Stronghold Masonry, Inc. by the Process Server James L. Spaulding on June 26, 2007.

Jaime J. LaPorte

JAIME J. LAPORTE (#6668)

Subscribed and sworn to before me this 21st day of September, 2007.

Notary Public

My Commission Expires: 2/14/10

*424913_1.doc*