UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RI Laborers' District Council

v. CA 07-195ML

Stronghold Masonry

ORDER

The above-captioned case was filed on May 25, 2007 and default was entered on September 25, 2007. The matter has been pending since without any further action and at least 120 days have passed since the complaint was filed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed.

DRI LR Cv 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
November 6, 2007

Entered as an Order of this Court on November 6, 2007

Barbara Barletta
Deputy Clerk