UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-195ML |
| STRONGHOLD MASONRY, INC. | : | |

**NOTICE OF GOOD CAUSE PURSUANT TO LOCAL RULE CV 41**

Plaintiffs Ronald M. Coia, *et al*, respectfully submit this Notice of Good Cause pursuant to Local Rule CV 41. On November 6, 2007, the Court entered an Order, pursuant to which the above-captioned matter will be dismissed under Local Rule CV 41 for lack of prosecution, unless Plaintiffs can establish, for good cause, why the case should not be dismissed. For the reasons set forth below, Plaintiffs respectfully request that dismissal not be entered by the Court.

In this case, Plaintiffs seek to collect delinquent union dues and fund contributions from Stonghold Masonry, Inc. for work performed during a two month period. Although default was entered against Stronghold Masonry, Inc. on September 25, 2007, Plaintiffs reached out to Stronghold Masonry, Inc. in a final attempt to resolve the dispute, which is for a relatively small amount, without further Court intervention. A copy of the letter sent to Michael C. Mase, the

President of Stronghold Masonry, Inc., on October 23, 2007 is attached as **Exhibit 1**. In the letter, Plaintiff's gave Stronghold Masonry, Inc. until November 15, 2007 to resolve the matter. If Stronghold Masonry, Inc. does not respond to Plaintiffs' attempt at resolution on or before November 15, 2007, Plaintiffs have a Motion for Entry of Judgment by Default prepared and ready to file.

For the foregoing reasons, Plaintiffs respectfully request that this Court not dismiss the above-captioned case pursuant to Local Rule CV 41 and that the Court allow the parties additional time to attempt to resolve the matter.

Dated: November 7, 2007

PLAINTIFF
RONALD M. COIA, et al.
By their Attorneys,

/s/ Jaime J. LaPorte
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

CERTIFICATION

I, the undersigned, hereby certify that on this 7th day of November, 2007 I sent a true copy of the within Notice of Good Cause by regular mail postage prepaid to the following:

Michael C. Mase
Stronghold Masonry, Inc.
801 Water Street, Suite 203
Framingham, MA 01701

/s/ Jaime J. LaPorte________________

*434446_1.doc*