ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

October 23, 2007

Mr. Michael C. Mase
Stronghold Masonry, Inc.
801 Water Street
Suite 203
Framingham, MA 01701

***Re: Ronald M. Coia, et al. v. Stronghold Masonry, C.A. No. 07-195ML***

Dear Mr. Mase:

On September 25, 2007, the United States District Court for the District of Rhode Island entered default against Stronghold Masonry, Inc. for failure to answer Plaintiffs' Verified Complaint. Please be advised that the Plaintiffs in the above-referenced matter will be filing a motion for entry of default judgment if we do not hear from you on or before November 15, 2007. If the Court enters default judgment against Stronghold Masonry, Inc., the judgment will include the fund contributions and union dues owed, plus interest, costs, attorneys' fees and penalties. The total amount owed, included the aforementioned fees and costs, will more than double Stronghold Masonry, Inc.'s liability for unpaid union dues and fund contributions.

If you wish to discuss resolution of this matter prior to the filing of the motion for entry of default judgment, please contact me or Robert Brooks on or before November 15, 2007.

Very truly yours,

Jaime J. LaPorte

JAIME J. LAPORTE

*432879_1.doc*

EXHIBIT
tabbies
1

STATE CAPITAL
GLOBAL LAW FIRM GROUP

Member firms of the State Capital Global Law Firm Group practice independently and not in a relationship for the joint practice of law.