UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-195ML |
| STRONGHOLD MASONRY, INC. | : | |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al., hereby move pursuant to Rule 55(b) of the Federal Rules of Civil Procedure that the Clerk enter default judgment against Stronghold Masonry, Inc. for failure to plead and answer the Complaint in the above-captioned matter. This Motion is supported by the memorandum filed contemporaneously herewith.

LOCAL RULE 55 CERTIFICATION

I hereby certify that notice of the within motion was given to Stronghold Masonry, Inc. by both regular mail, postage prepaid, and by certified mail, return receipt requested, prior to the filing of this motion. A copy of the return receipt is attached as Exhibit A.

I also certify that to the best of my knowledge, the address set forth in the certification is the last know address for the President of Stronghold Masonry, Inc..

In addition, the party against whom default is sought is not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

/s/ Jaime J. LaPorte

Dated: Providence, Rhode Island
November 27, 2007

PLAINTIFF
RONALD M. COIA, et al.
By their Attorneys,

/s/ Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

CERTIFICATION

I, the undersigned, hereby certify that on this 27th day of November, 2007 I sent a true copy of the within Motion For Entry Of Default Judgment by certified mail return receipt requested and regular mail postage prepaid to the following:

Michael C. Mase
Stronghold Masonry, Inc.
801 Water Street, Suite 203
Framingham, MA 01701

/s/ Jaime J. LaPorte________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers<br>Health Fund; the Rhode Island Laborers'<br>Pension Fund; the New England Laborers'<br>Training Trust Fund; the New England<br>Laborers' Labor Management<br>Cooperation/Trust Fund; the New England<br>Laborers' Health & Safety Fund; the Rhode<br>Island Laborers' Unified Trust Fund; the<br>Rhode Island Laborers' Annuity Fund;<br>the Rhode Island Laborers' Legal Services<br>Fund; the Rhode Island Construction<br>Industry Advancement Fund; and the<br>RHODE ISLAND LABORERS' DISTRICT<br>COUNCIL OF THE LABORERS'<br>INTERNATIONAL UNION OF<br>NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-195ML |
| STRONGHOLD MASONRY, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al. submit this memorandum of law in support of their concurrently filed Motion for Entry of Default Judgment against Defendant Stronghold Masonry, Inc. ("Stronghold") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

Under Rule 55(b) of the Federal Rules of Civil Procedure, entry of default judgment by the Clerk is specifically allowed when the "plaintiff's claim against a defendant is for a sum certain [and] defendant has been defaulted for failure to appear and is not an infant or incompetent person."

In this case, Stronghold was defaulted by the Deputy Clerk for failure to plead or appear on September 25, 2007. A copy of the Clerk's Entry of Default as to Defendant Stronghold Masonry, Inc. is attached hereto as **Exhibit A**. Plaintiffs are now seeking entry of default judgment for a sum certain. As set forth in the Affidavit of Plaintiffs' attorney, Jaime J. LaPorte, a copy of which is attached hereto as **Exhibit B**, Plaintiffs claim for delinquent fund contributions and union dues, including interest, attorneys' fees and costs, totals $4,565.27.

Accordingly, Plaintiffs request that the clerk enter default judgment against the Defendant Stronghold Masonry, Inc. in the amount of $4,565.27.

Dated: Providence, Rhode Island
November 27, 2007

PLAINTIFF
RONALD M. COIA, et al.
By their Attorneys,

/s/ Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

## CERTIFICATION

I, the undersigned, hereby certify that on this 27th day of November, 2007 I sent a true copy of the within Memorandum of Law In Support Of Plaintiffs' Motion For Entry Of Default Judgment by certified mail, return receipt requested and by regular mail postage prepaid to the following:

Michael C. Mase
Stronghold Masonry, Inc.
801 Water Street, Suite 203
Framingham, MA 01701

/s/ Jaime J. LaPorte_________________

*432875_1.doc*