UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management CooperatiodTrust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,
Plaintiffs,

v. C.A. N0. 07-195ML

STRONGHOLD MASONRY, INC.
Defendant.

**CLERK'S ENTRY OF DEFAULT**
**AS TO DEFENDANT STRONGHOLD MASONRY, INC.**

It appearing from the records in this action that Summons has been served upon defendant STRONGHOLD MASONRY, INC., and it further appearing from the declaration of counsel for Plaintiffs and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure that defendant STRONGHOLD MASONRY, INC. has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULT of defendant , STRONGHOLD MASONRY, INC., hereby is entered.

Enter:

Deputy Clerk

DATED: **September 25, 2007**

EXHIBIT
tabbies
A