UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 07-195ML |
| STRONGHOLD MASONRY, INC. | : | |

**AFFIDAVIT OF JAIME J. LAPORTE**

I, Jaime J. LaPorte, being duly sworn, hereby deposes and says:

1. That I am the attorney for Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al. (hereinafter, the "Benefit Funds" and the "Dues Fund") in the above-captioned matter.

2. That Defendant's contributions to the Rhode Island Laborers' Benefit Funds are in arrears in the amount of $1,495.80. A copy of the Payroll Audit Reports for December 2000 and December 2001, are attached as Exhibit 1.

3. That Defendant's contributions to the Dues Fund are in arrears in the amount of $92.40. *See* Exhibit 1.

tabbies EXHIBIT B

4. Simple interest in this matter totals $420.15 and was calculated as follows:

Unpaid Contributions to the Benefit Funds x Statutory Interest Rate (applicable federal short-term rate as defined in § 1274(d), rounded to the nearest full percent + 2% pursuant to 26 U.S.C. § 6621) for each year delinquent.

5. That Plaintiffs' cost in bringing this action total $2,137.17 including the filing fee ($350.00), constable fee ($112) and reasonable attorneys' fees ($1,675.17).

6. The total judgment owed is **$4,565.27**. The total judgment includes: (1) the amount of unpaid contributions to the Benefit Funds ($1,495.40); (2) interest on unpaid contributions to the Benefit Funds pursuant to 29 U.S.C. § 1132(g)(2)(B), 26 U.S.C § 6621 and 26 U.S.C. § 1274(d) ($420.15); (3) an amount equal to the interest on unpaid contributions to the Benefit Funds pursuant to 29 U.S.C. § 1132(g)(2)(C) ($420.15); (4) the costs in bringing this action, including reasonable attorneys' fees, pursuant to 29 U.S.C. § 1132(g)(2)(D) ($2,137.17); and (5) the amount of unpaid contributions to the Dues Fund ($92.40).

Jaime J. LaPorte

JAIME J. LAPORTE (# 6668)

Subscribed and sworn to before me this 27 day of November, 2007.

Lori LaBossiere

Notary Public
My Commission Expires: 6/28/09

*432874_1.doc*

EXHIBIT 1



# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY THE DAY OF THE MONTH FOLLOW THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

K60

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| / / | |

FIRM NAME AND ADDRESS
Stronghold Masonry, Inc.
801 Water Street
Framingham, Mass. 01701

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

Payroll Audit: 12/1/00-12/31/00

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| LOYEE'S SOCIAL URITY NUMBER | NAME OF EMPLOYEE LAST FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|
| | ~~SEE ATTACHED~~ | | | | | | | | | |

'AL NUMBER OF PAGES ED FOR THIS REPORT [ ] TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT [ ] TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT 72

NTRIBUTIONS DUE:

| Fund | Rate | | Amount |
|---|---|---|---|
| PENSION FUND | @ 3.20 | PER HOUR | $ |
| HEALTH FUND | @ 4.35 | PER HOUR | $ |
| TRAINING FUND | @ .25 | PER HOUR | $ |
| NDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ |
| LEGAL SERVICES FUND | @ .50 | PER HOUR | $ |
| ANNUITY FUND | @ 1.75 | PER HOUR | $ |
| LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ |
| HEALTH & SAFETY FUND | @ .10 | PER HOUR | $ |
| UNIFIED TRUST FUND | @ .45 | PER HOUR | $ |

FUND OFFICE

CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND .... @ .70 PER HOUR $

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH I ) $ 784.80
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) ................ $ 50.40

– TWO SEPARATE CHECKS REQUIRED –

*PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTI...*

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY THE DAY OF THE MONTH FOLLO THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

K62

FIRM NAME AND ADDRESS

Ir. Michael Mase
itronghold Masonry, Inc.
i01 Water Street
'ramingham, Mass. 01701
'ayroll Audit: 12/1/01-12/31/01

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| / / | |

☐ CHANGE OF ADDRESS ☐ INACTIVE

☐ SEND MORE FORMS ☐ FINAL REPORT

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| IPLOYEE'S SOCIAL CURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SEE ATTACHED | | | | | | | | | | |

'TAL NUMBER OF PAGES SED FOR THIS REPORT

TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT

TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 60

**)NTRIBUTIONS DUE:**

| Fund | Rate | Amount |
|---|---|---|
| PENSION FUND | @ 3.40 PER HOUR | $ |
| HEALTH FUND | @ 4.35 PER HOUR | $ |
| TRAINING FUND | @ .30 PER HOUR | $ |
| INDUSTRY ADVANCEMENT FUND | @ .15 PER HOUR | $ |
| LEGAL SERVICES FUND | @ .50 PER HOUR | $ |
| ANNUITY FUND | @ 1.85 PER HOUR | $ |
| LABOR-MANAGEMENT COOPERATION FUND | @ .15 PER HOUR | $ |
| HEALTH & SAFETY FUND | @ .15 PER HOUR | $ |
| UNIFIED TRUST FUND | @ 1.00 PER HOUR | $ |
| CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 PER HOUR | $ |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH I) $ 711.00

TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 42.00

– TWO SEPARATE CHECKS REQUIRED –

*E PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTI*

STRONGHOLD MASONRY INC.
SCHEDULE OF 2000 HOURS UNREPORTED TO
RHODE ISLAND LABORERS' BENEFIT AND DUES FUNDS

| NAME | SOCIAL SECURITY NO. | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL UNREPORTED HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J COSTA | 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 | | | | | | | | | | | | 31.00 | 31.00 |
| J LOPES | 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 | | | | | | | | | | | | 2.00 | 2.00 |
| A MEDEIROS | 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 | | | | | | | | | | | | 39.00 | 39.00 |
| TOTAL HOURS | | | | | | | | | | | | | 72.00 | 72.00 |
| RATE | | 11.05 | 11.05 | 11.05 | 11.05 | 11.05 | 11.15 | 11.15 | 11.15 | 11.15 | 11.15 | 11.15 | 11.60 | |
| TOTAL DUE TO FUND | | | | | | | | | | | | | 835.20 | 835.20 |

STRONGHOLD MASONRY INC
SCHEDULE OF 2001 HOURS UNREPORTED TO
RHODE ISLAND LABORERS' BENEFIT AND DUES FUNDS

| NAME | SOCIAL SECURITY NO. | JAN. | FEB. | MAR | APR. | MAY | JUNE | JULY. | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL UNREPORTED HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J COSTA | 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 | | | | | | | | | | | | 9.00 | 9.00 |
| A MEDEIROS | 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 | | | | | | | | | | | | 51.00 | 51.00 |
| TOTAL HOURS | | | | | | | | | | | | | 60.00 | 60.00 |
| RATE | | 11.60 | 11.60 | 11.60 | 11.60 | 11.60 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | 12.10 | 12.35 | |
| TOTAL DUE TO FUND | | | | | | | | | | | | | 735.00 | 735.00 |