UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

DEC 10 2007

Property of U.S. District Court
District of Rhode Island

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the Rhode Island Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

v. C.A. No. 07-195ML

STRONGHOLD MASONRY, INC.

**CONSENT JUDGMENT**

The following Consent Judgment may enter in the above-captioned matter by order of the Court and by agreement of the parties. It is hereby ORDERED, ADJUDGED and DECREED:

That Plaintiffs Ronald M. Coia as Trustee of the Rhode Island Laborers' Health Fund, the Rhode Island Laborers' Pension Fund, the Rhode Island Laborers' Training Trust Fund, the New England Laborers' Labor Management Cooperation/Trust Fund, the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund, the Rhode Island Laborers' Annuity Fund, the Rhode Island Laborers' Legal Services Fund, the Rhode Island Construction Industry Advancement Fund, and the Rhode Island Laborers' District Council of the Laborers' International Union of North America, AFL-CIO (the "Rhode Island Laborers'

Employee Benefit Funds") shall recover from the Defendant Stronghold Masonry, Inc. the sum of $1,495.80 made payable to the Rhode Island Laborers' Employee Benefit Funds as follows:

1. One payment of one thousand four hundred ninety-five dollars and eighty cents ($1,495.80) due on or before December 13, 2007.

ENTER:

Mary M. Lisi
USDJ 12/11/07

ORDER:

Barbara Barletta

Respectfully submitted,

RONALD M. COIA, et al.
By their Attorneys,

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Dated: December 10, 2007

STRONGHOLD MASONRY, INC.
By its President,

MICHAEL MASE
STRONGHOLD MASONRY, INC.
801 Water Street
Framingham, MA 01701
Dated: December 10, 2007

*437609_1.doc*